UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHUONG DUONG,<br><br>                Plaintiff,<br><br>   v.<br><br>SIX UNKNOWN AGENTS, *et al.*,<br><br>                Defendants. | Case No. C12-418-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This matter is DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1);

    (3)    This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g);

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

DATED this 27th day of April 2012.

                                                                     RICARDO S. MARTINEZ
                                                                     UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1